## Frances E. Lenard, Appellee, v. Leon Lenard, Appellant.

### Gen. No. 45,774.

Abraham Drucker, and G. A. Bosomburg, for appellant; G. A. Bosomburg, of counsel; Vincent L. Knaus, for appellee. Opinion by Justice Niemeyer. Not to be published in full. Opinion filed November 6, 1952; released for publication December 9, 1952.